UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
E.S.,

                     Plaintiff(s)

          23 civ 2233 (JGK)

    -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,
                     Defendant(s).
-----------------------------------------------------------------X

## ORDER

The Court, having extended the defendant's time to respond to the complaint,

The conference scheduled for July 26, 2023, at 2:30pm, is canceled.

**SO ORDERED.**

                                                  **JOHN G. KOELTL**
                                          **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       July 18, 2023